### Bordley's Executors vs. Daley.

Debt upon *bond,* brought to September term 1765.

*Goldsborough* (Attorney-General) for the Defendant, moved the court, and insisted on oyer of the bond, condition and indorsements, and a sight of the bond—and that he should have time to plead. He cited *Co. Litt.* 231. 4 *Bac. Ab.* 114. 2 *Barnes's Notes* 200. 1 *Barnediston* 113. 1 *Barnes's Notes* 158, 185.

*Johnson* for the Plaintiffs.

The Court, on the authorities cited by the defendant's counsel, granted the motion.